**IN THE COURT OF APPEALS OF IOWA**

No. 24-0477
Filed May 7, 2025

**JOHN ANDERSON,**
    Plaintiff-Appellant,

**vs.**

**UNIVERSITY OF IOWA and BOARD OF REGENTS FOR THE STATE OF IOWA,**
    Defendants-Appellees.
_____

Appeal from the Iowa District Court for Scott County, Mark Fowler, Judge.


A former university student appeals the district court's order dismissing his previously adjudicated discrimination claims. **AFFIRMED.**


John W. Anderson, Tama, self-represented appellant.

Brenna Bird, Attorney General, and Patrick C. Valencia, Deputy Solicitor General, for appellees.


Considered without oral argument by Ahlers, P.J., and Badding and Buller, JJ.

**BADDING, Judge.**

John Anderson—a former university student—appeals the dismissal of his pro se petition asserting three counts of "discrimination" against the University of Iowa and the Iowa Board of Regents. This is the fifth time Anderson has sued the same defendants for the same alleged mistreatment. Among other procedural deficiencies, the district court found that Anderson's claims were barred by the doctrine of res judicata.[1]

We have previously denied Anderson's attempt to relitigate these claims, which have already been reduced to final judgment. *See Anderson v. Univ. of Iowa*, No. 18-0801, 2019 WL 719044, at *1 (Iowa Ct. App. Feb. 20, 2019). Anderson now argues that res judicata cannot attach because his due process rights were violated in prior proceedings and because a former attorney provided him ineffective representation. Reviewing for correction of errors at law, *Petro v. Palmer Coll. of Chiropractic*, 945 N.W.2d 763, 769 (Iowa 2020), we find no merit to these arguments. We therefore affirm the order of the district court without further opinion. *See* Iowa Ct. R. 21.26(1)(d), (e).

**AFFIRMED.**

---

[1] The district court also concluded that dismissal was warranted based on Anderson's failure to prosecute, failure to state a claim, and failure to exhaust administrative remedies.